**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Henry Mejia,** | ) | **CASE NO. 1:05 CV 997** |
| | ) | |
| Petitioner, | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **United States of America,** | ) | **Judgment Entry** |
| | ) | |
| Respondent. | ) | |

This Court, having issued its Memorandum of Opinion and Order denying petitioner's Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 1), hereby enters judgment against petitioner. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.App.P. 22(b).

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 6/28/05

1